GOLDSMITH & HULL/File #588795  
A Professional Corporation  
William I. Goldsmith  (SBN 82183)  
Michael L. Goldsmith (SBN 291700)  
16933 Parthenia Street, Suite 110  
Northridge, CA 91343  
Tel.: (818) 990-6600  
Fax: (818) 990-6140  
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:16-cv-01486-CJC-KES |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| RICHARD L. GUERRERO JR., | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) RICHARD L. GUERRERO JR.,  on **JANUARY 19,2017** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of  F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) RICHARD L. GUERRERO JR., the sum of $3,256.57 principal, $5,777.77 accrued pre-judgment interest, $0.00 penalties/administrative charges, $495.50 court cost, plus $525.66 attorneys fees,  less credits of $0.00, for a

//
//
//
//

total of $10,055.50 plus interest from January 26, 2017, at the rate of $0.71 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: 02/06/2017

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: D. Vo
DEPUTY CLERK

:P549F